## Appeal of LYNN IDEAL SHOE CO.          Docket No. 1699.

Submitted April 6, 1925; decided April 13, 1925.

*Samuel J. Stone, C. P. A.*, for the taxpayer.
*Willis D. Nance, Esq.*, for the Commissioner.

### Before PHILLIPS, SMITH, and TRUSSELL.

The taxpayer appeals from an alleged deficiency in income and profits taxes for the year 1920, in the amount of $1,200.62. The question involved is the right of the taxpayer to deduct from the gross income of 1920, under section 204 of the Revenue Act of 1918, a net loss sustained for the period January 21 to December 31, 1919.

### FINDINGS OF FACT.

The taxpayer was incorporated January 21, 1919, and sustained a net operating loss of $4,056.58 for the period January 21 to December 31, 1919.

### DECISION.

In accordance with the decision in the *Appeal of Butler's Warehouses, Inc.*, 1 B. T. A. 851, the determination of the Commissioner of a deficiency in tax for the year 1920, in the amount of $1,200.62, is approved.